# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2251

_____

Edgar Perez-Natareno

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 18, 2014
Filed: February 21, 2014
[Unpublished]

_____

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Edgar Perez-Natareno, a citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's (IJ's) decision denying him withholding of removal. After careful review, we conclude that the BIA appropriately upheld the IJ's denial of relief because it was supported by substantial evidence on the record as a whole. See Wijono v. Gonzales,

439 F.3d 868, 872 (8th Cir. 2006) (noting that the denial of withholding of removal is upheld unless the evidence is so compelling that no reasonable fact finder could adopt the BIA's position); Lopez-Zeron v. INS, 8 F.3d 636, 638 (8th Cir. 1993) (per curiam) (holding that a fear of general violence and unrest does not meet eligibility standard for withholding of removal). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

_____